UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 08-CV-10744

TIMOTHY KAES,

    Plaintiff,

v.

CITY OF QUINCY, and ROBERT F. CROWLEY,

    Defendants.

### ROBERT F. CROWLEY'S MOTION TO IMPOUND

    Pursuant to Local Rule 7.2(d), Defendant Robert F. Crowley moves to impound a document, in particular pages 8-20 of his Deposition transcript, before it is filed with Court. (A copy of pages of 8-20 of the Crowley Deposition is being filed with the Clerk in a sealed envelope by Hand along with a hard copy of this Motion.) The deposition excerpt Mr. Crowley seeks to impound is part of Exhibit C to the Affidavit of John Hitt, which is filed in support of Mr. Crowley's Motion for a Protective Order. Good cause for allowing this Motion until further order of the Court exists because the sealed exhibit contains confidential medical information that is the subject of Robert F. Crowley's Motion for a Protective Order, and if it is not impounded while that motion is considered by this Court, then the confidential information will be publically available.

    Additionally, Mr. Crowley also moves to have this Court order that any papers filed by Plaintiff in opposition to this Motion or Mr. Crowley's Motion for a Protective Order that refer specifically to the confidential medical information contained in pages 8-20 of the Crowley Deposition or describe Mr. Crowley's medical confidential medical information with specificity

greater than the use of the generic phrases "medical information" or "confidential medical information" also be impounded to protect Mr. Crowley's confidential medical information.

WHEREFORE Mr. Crowley requests that this Court allow this Motion.

Respectfully submitted,

ROBERT F. CROWLEY,

By his attorney,

 /s/John R. Hitt_____
John R. Hitt (BBO # 567235)
Cosgrove, Eisenberg & Kiley, PC
One International Place, Suite 1820
Boston, MA 02110
DATED: February 19, 2009			(617) 439-7775

LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I attempted to confer with Plaintiff's counsel by phone call at 9 a.m. on February 19, 2009 to resolve or narrow the issues in this Motion. I was informed that Plaintiff's Counsel was unavailable until next week. I attempted to confer with associates in Mr. Bardi's office, but they too were unavailable.
 /s/John Hitt

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on February 19, 2009.
  /s/John R. Hitt