UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-cv-10744-RGS

TIMOTHY KAES

v.

CITY OF QUINCY and
ROBERT F. CROWLEY

PROTECTIVE ORDER

April 17, 2009

STEARNS, D.J.

Robert F. Crowley's Motion for a Protective Order is hereby granted in the following respects. The court will ALLOW Nos. 1, 2, and 5, below. The court will PROVISIONALLY ALLOW Nos. 3 and 4 unless plaintiff can make a sufficient showing that further inquiry into the objectionable subject matter is relevant and otherwise permitted under the Federal Rules of Civil Procedure.

Plaintiff shall have 10 days to make such showing. The pretrial schedule is amended as follows. Discovery shall be completed by May 15, 2009. Dispositive motions are due by June 12, 2009. Oppositions are due July 3, 2009.

### PLAINTIFF'S REQUESTED ORDER

1. Pages 8-20 of the deposition of Robert F. Crowley dated January 27, 2009, are hereby sealed until further order of this Court.
2. Plaintiff and his agents shall refrain from disclosing Mr. Crowley's confidential medical information as appearing at pages 8-20 of the deposition of Robert F. Crowley dated January 27, 2009.
3. When Mr. Crowley's deposition resumes, Plaintiff is forbidden from furthering inquiry regarding Mr. Crowley's personal medical information.
4. When Mr. Crowley's deposition resumes, Plaintiff is forbidden from

      inquiring concerning Mr. Crowley's employment history or his conduct before September 27, 2004.

5. When Mr. Crowley's deposition resumes, Plaintiff is forbidden from further inquiry concerning Mr. Crowley's conduct in any matter other than the matters directly concerning Plaintiff.

          SO ORDERED

          /s/ Richard G. Stearns

          _____
          UNITED STATES DISTRICT JUDGE