# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

TIMOTHY KAES

        V.                               CIVIL ACTION NO. 08-10744-RGS

CITY OF QUINCY, ET AL

<u>ORDER SETTING CIVIL CASE FOR  JURY TRIAL</u>

STEARNS, DJ.

    THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON  <u>TUESDAY, SEPTEMBER 8, 2009</u>  at  9:00 A.M.   IN COURTROOM # 21, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    ON OR BEFORE    AUGUST  27, 2009   COUNSEL SHALL FILE  ELECTRONICALLY THE FOLLOWING MATERIALS WITH THE COURT:

    1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

    4.  A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;

    5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;

    6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7.  A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

    8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9.  In cases to be tried by a jury:
        A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
        B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
        C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
        D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

    10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space

at the Courthouse to store exhibits after a trial has ended.

Exhibits not reclaimed by counsel will be discarded.

11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by

the Court on  <u>THURSDAY, SEPTEMBER 3, 2009 AT 3:30 P.M.</u>

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary  H. Johnson
_____
Deputy Clerk

DATED AT BOSTON:   6-17-09