UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 08-10744-RGS

| | |
|---|---|
| TIMOTHY KAES,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| ROBERT CROWLEY, et. al.<br>    Defendants | )<br>)<br>) |

---

### EMERGENCY MOTION FOR PROTECTIVE ORDER

---

NOW COME non-party witnesses to the above captioned matter David Colleti, Dennis Keenan, John O'Donnell, E.J. Hartnett, Harry Breen and John McGovern (collectively "witnesses" hereafter), and move this Court for a protective order in accordance with F.R.C.P. Rule 26(c). As reason therefore, the witnesses state the following:

Plaintiff in this case is a police officer employed by the City of Quincy, and is also a member of the Quincy Police Patrol Officer's Association ("QPPOA"). He filed this action against the City of Quincy and the City's former police chief, Robert Crowley.

The witnesses are all police officers employed by the City of Quincy, and members of the Quincy Police Patrol Officer's Association ("QPPOA"). Many of the witnesses have furnished reports, and have provided prior recorded testimony at an arbitration proceeding regarding essentially the same facts present in this case.

A review of the docket in this case indicates that the discovery deadline was extended to March 24, 2009. The witnesses were not deposed prior to that deadline. Further, no other discovery method permitted in accordance with F.R.Civ.P. Rule 26(a)(5) was attempted by any party to this action.

Notwithstanding, the witnesses have now been *ordered* by the current Police Chief, Paul Keenan, to meet with Attorney John Hitt, representing Defendant Crowley in this action (see Exhibit A), ostensibly to prepare for Trial in this matter, without plaintiff's counsel present. The first witness effected by this order is scheduled to meet with Attorney Hitt on Thursday, February 18, 2010.

Upon receiving this *order*, the witnesses, through union counsel, requested that they not be required to meet *ex parte* with counsel for one party, and further expressed willingness to cooperate with any subpoena, or other proper discovery method, where all counsel were present. The City refused, and the order was reduced to writing on February 16, 2010. The witnesses believe that the City is attempting to conduct discovery in circumvention of the Rules of Civil Procedure, and that these methods are both coercive, oppressive and improper.

In accordance with F.R.Civ.P. Rule 26(c), the undersigned counsel to the QPPOA hereby certifies that a good faith attempt was made to confer with the City to resolve this issue. However, in response to the City's *order* dated today, it is clear that the issue will not be resolved without intervention from the Court.

Consequently, witnesses Colleti, Keenan, O'Donnell, Hartnett, Breen and McGovern, respectively request that a protective order be issued in accordance with F.R.Civ.P. Rule 26(c)(1), (2) or (3), indicating that either (1) discovery through

compulsory *ex parte* interview not be had, or (2) that any further discovery allowed by the Court be conducted in accordance with the Rules of Civil Procedure with all interested parties afforded an opportunity to be present.

                                      Respectfully submitted,
                                      Quincy Police Patrol Officers' Association,
                                      By their attorneys,

                                      /s/ Scott W. Dunlap
                                      Scott W. Dunlap, Esquire, BBO # 634389
                                      Angoff, Goldman, Manning, Wanger,
                                              Hynes & Dunlap, P.C.
                                      100 River Ridge Drive, Suite 203
                                      Norwood, MA 02062
                                      (781) 255-7700

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically through the Court's CM/ECF system upon all attorneys of record.

Date:  February 16, 2010                   /s/ Scott W. Dunlap

Exhibit A



# QUINCY POLICE DEPARTMENT

## Office of the Chief



PAUL KEENAN
CHIEF OF POLICE

ONE SEA STREET
QUINCY, MASSACHUSETTS 02169
(617) 745-5712
FAX: (617) 745-5711
TTY: (617) 376-1375
ChiefKeenan@ci.quincy.ma.us

TO:      CAPTAIN JOHN DOUGAN
LIEUTENANT KEVIN TOBIN
SERGEANT STEVE IGO
OFFICER DAVID COLLETI
OFFICER DENNIS KEENAN
OFFICER JOHN O'DONNELL
OFFICER E.J. HARTNETT
OFFICER HARRY BREEN
OFFICER JOHN MCGOVERN

FROM:     CHIEF PAUL KEENAN  PK.

DATE:      FEBRUARY 16, 2010

RE:       MEETING WITH ATTORNEY JOHN HIT
PREP FOR KAES TRIAL

You are hereby ordered to meet with Attorney John Hit. If you have already scheduled a date and time to meet with the attorney, you are ordered to attend this meeting.

Any officer who is named, but not available (i.e. on vacation) at the time of distribution of this memo, you are to contact the Chief's Office immediately upon return to duty to schedule the meeting with the attorney.

Contact Attorney Paul Hynes (Q.P.P.O.A.) or Attorney Gerry McAuliffe (Q.P.S.O.A.) as soon as possible if you care to seek legal advice.

PK:mec