# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**TIMOTHY KAES,**
   **Plaintiff(s)**

    **V.**         **CIVIL ACTION NO. 1:08cv10744-RGS**

**CITY OF QUINCY, et al.,**
   **Defendant(s)**

<u>**AMENDED ORDER SETTING CIVIL CASE FOR  JURY TRIAL**</u>

**STEARNS, DJ.**

   THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>JUNE 1, 2010</u> at  <u>9:00 A.M.</u>  IN COURTROOM # 21, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

   ON OR BEFORE <u>MAY 24, 2010</u>, COUNSEL SHALL FILE  ELECTRONICALLY THE FOLLOWING MATERIALS WITH THE COURT:

   1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

   2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;

   3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

   4.  A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;

   5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;

   6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

   7.  A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

   8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

   9.  In cases to be tried by a jury:
     A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
     B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
     C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
     D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

   10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space

at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

11.  A **FINAL PRE-TRIAL CONFERENCE** will be held by the Court on   **MAY 27, 2010  at 2:15 P.M.**

SO ORDERED.

              **RICHARD G. STEARNS**
              **UNITED STATES DISTRICT JUDGE**

     **BY:**

            /s/ *Terri Seelye*
            _____
              **Deputy Clerk**

**DATED AT BOSTON:**     February 25, 2010