# ProQuest

Databases selected: Massachusetts Newsstand

## 8 QUINCY POLICE OFFICERS SUSPENDED; [THIRD Edition]

*Jenny Jiang, Globe Correspondent.* **Boston Globe**. Boston, Mass.: Sep 7, 2002. pg. E.13

### Abstract (Summary)

Officers Richard Gambino, Daniel Flaherty, Karyn Barkas, and Michael Cronin all admitted to drinking while they were on police detail. Cronin had allegedly been drinking before he reported for duty at the club, [Thomas L. Largey] said. He was suspended for 30 days. Gambino told investigators that he had also fired shots from his service weapon into the air; he received an 80-day suspension. Flaherty was suspended for 60 days after he admitted that he drove his cruiser while under the influence of alcohol. Barkas was ordered to serve a 30-day suspension for drinking while in uniform, which is prohibited by the department's guidelines.

### Full Text (402 words)

*Copyright Boston Globe Newspaper Sep 7, 2002*

Material from the Associated Press was used in this report.

Eight Quincy police officers were suspended yesterday for their roles in a night of drunken revelry at a popular Marina Bay nightclub in June, city officials said.

The suspensions without pay, ranging from 15 to 90 days, were ordered by Mayor William J. Phelan after a two-month internal police investigation determined that the officers were guilty of an array of misconduct during a June 9 party for the New England Patriots at the WaterWorks nightclub, according to Thomas L. Largey, the assistant city solicitor.

Several officers admitted to drinking while they were on a paid police detail at the club, Largey said. All eight have admitted to various wrongdoings and agreed to waive their right to appeal the suspensions, which will take effect later this month, he said.

"It's an isolated occurrence, we believe, and that made it more important to deal with it in a stern manner so both the officers and the public know that this sort of behavior is not tolerable," Largey said.

According to Largey, Stephen Burgio, an on-duty officer who was supposed to be patrolling the North Quincy area that night, admitted to investigators that he was drinking at the nightclub and fired his weapon into the air. He also allowed off-duty Officer Timothy Kaes's girlfriend to drive a police cruiser. Burgio received a 90-day suspension, was ordered to undergo alcohol abuse evaluation, and was prohibited from working details where alcohol is served for one year. Kaes was suspended for 15 days.

Officers Richard Gambino, Daniel Flaherty, Karyn Barkas, and Michael Cronin all admitted to drinking while they were on police detail. Cronin had allegedly been drinking before he reported for duty at the club, Largey said. He was suspended for 30 days. Gambino told investigators that he had also fired shots from his service weapon into the air; he received an 80-day suspension. Flaherty was suspended for 60 days after he admitted that he drove his cruiser while under the influence of alcohol. Barkas was ordered to serve a 30-day suspension for drinking while in uniform, which is prohibited by the department's guidelines.

Officer Sean Duggan was suspended 45 days for not reporting to his supervisors that Cronin was intoxicated when Cronin reported for duty at the club. Officer William Wright, who was off-duty at the time, was suspended 85 days for drinking while in uniform.

### Indexing (document details)

**Subjects:**          Alcohol use,  Expulsions & suspensions,  Police -- Quincy Massachusetts,  Official misconduct

| | |
|---|---|
| **Locations:** | Quincy Massachusetts |
| **People:** | Burgio, Stephen, Gambino, Richard, Flaherty, Daniel, Barkas, Karyn, Cronin, Michael |
| **Author(s):** | Jenny Jiang, Globe Correspondent |
| **Document types:** | News |
| **Section:** | *Metro/Region* |
| **Publication title:** | Boston Globe. Boston, Mass.: Sep 7, 2002. pg. E.13 |
| **Source type:** | Newspaper |
| **ISSN:** | 07431791 |
| **ProQuest document ID:** | 166844121 |
| **Text Word Count** | 402 |
| **Document URL:** | http://proquest.umi.com/pqdweb?did=166844121&sid=2&Fmt=3&cli entId=81178&RQT=309& VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.

