# ProQuest

Help

| Basic | Advanced | Topics | Publications | My Research 0 marked items |

Interface language: English  Go

Databases selected: Massachusetts Newsstand

## Document View

« Back to Results          < Previous  Document 19 of 29  Next >

Print | Email | Copy link | Cite this | ☐ Mark Document

Translate document from: Select language

# 8 Quincy officers suspended; Unpaid leaves to last 15-90 days; [CITY Edition]

Elizabeth W. Crowley and Karen Eschbacher, ELIZABETH W. CROWLEY and KAREN ESCHBACHER. **The Patriot Ledger.** Quincy, Mass.: Sep 6, 2002. pg. 1

**Other available formats:**
Abstract

**Find more documents like this:**

People:
☐ Phelan, William J
☐ Largey, Thomas
☐ Cronin, Michael J
☐ Falco, William
☐ Duggan, Sean

More options ↓

Search | Clear

## Abstract (Summary)

Among the patrolmen, the most severe punishment - a 90-day suspension - was given to an officer who was on duty patrolling Squantum when he joined an after-hours party with six of his fellow officers. Officer Stephen M. Burgio admitted he drank alcohol and fired his service weapon into the air and then let off-duty Officer Timothy B. Kaes and his girlfriend drive his cruiser. Burgio was in uniform and the only patrolman on a regular shift accused of drinking.

Two officers, Richard Gambino and William F. Wright, admitted they too fired their .40-caliber Sig Sauer handguns in a parking lot near the nightclub. Both officers had been on detail duty earlier in the evening and admitted drinking while in uniform. Police department rules forbid officers, even those off-duty, from drinking alcohol while wearing any part of their uniform.

Among the eight officers suspended, the most recent newcomer to the Quincy police force is Gambino who transferred to Quincy last fall from Abington where he had been an officer since 1993. [Daniel Flaherty] and Burgio joined the force three years ago; [Sean F. Duggan], Kaes and [Karyn L. Barkas] joined four years ago; [Michael J. Cronin] joined in 1994 and the most veteran officer involved, Wright, became a Quincy police officer in 1985.

» Jump to indexing (document details)

**Full Text** (1300 words)

Copyright Patriot Ledger Sep 6, 2002

The Patriot Ledger

QUINCY - Mayor William J. Phelan today suspended eight police officers implicated in a night of alcohol-fueled revelry at Marina Bay in June.

The unpaid suspensions, which range from 15 to 90 days, will begin within 10 days, Assistant City Solicitor Thomas Largey said.

City officials said the officers admitted to a range of misconduct, including drinking then driving, firing their department-issued handguns and taking beer from behind the WaterWorks bar after the club had closed.

A two-month internal investigation into reports of officers partying at the popular nightclub June 9 and into the early morning hours of June 10 revealed that one officer had been drinking alcohol before reporting for detail duty at the club, continued to drink and drove a police cruiser while under the influence of alcohol.

Reports about that officer, Michael J. Cronin, are what led police to investigate other tales of misconduct at the club and in a nearby parking lot following a party for the New England Patriots. The party occurred on the day the players received their Super Bowl rings.

"Rather than quickly and harshly, I think we handled the problem sternly but measuredly," Phelan said. "... The officers involved have to, and do now understand, that when they put the uniforms on they represent every citizen in the city, and their actions are going to be held to the highest of standards."

Cronin was suspended for 30 days and ordered to undergo an alcohol abuse evaluation.

Sources within the department said Acting Chief William Falco had ordered Cronin to attend an alcohol abuse treatment center for two weeks in late June, after the chief first heard about what happened at WaterWorks, but Cronin left the treatment center on Cape Cod after only a few days, sources said.

An investigation continues into two Quincy sergeants involved with the Marina Bay episode, and discipline is being considered. One sergeant worked the WaterWorks detail June 9, and the other was on regular duty that night.

Falco said it is important for people to know that the department takes allegations of wrongdoing seriously.

"As I said in the past, the vast majority of all the men and women in the police department do a fine job and never have any problem whatsoever," Falco said. "From time to time people make mistakes and we'll deal with these things.

"I want to make sure the public understands that when things happen we're not going to close our eyes to them," he said. "We will take the necessary action. I want the public to understand that they can call."

Among the patrolmen, the most severe punishment - a 90-day suspension - was given to an officer who was on duty patrolling Squantum when he joined an after-hours party with six of his fellow officers. Officer Stephen M. Burgio admitted he drank alcohol and fired his service weapon into the air and then let off-duty Officer Timothy B. Kaes and his girlfriend drive his cruiser. Burgio was in uniform and the only patrolman on a regular shift accused of drinking.

Largey said that the eight patrol officers signed documents admitting what they did, accepting their punishments and giving up their rights to appeal, including to Civil Service or a court.

"The public has an absolute right to know who these officers are and what they did. Equally important, the vast majority of Quincy's officers

had nothing to do with this behavior and should not be under a cloud of suspicion. The whole department has suffered because of the actions of a few," Largey said.

Two officers, Richard Gambino and William F. Wright, admitted they too fired their .40-caliber Sig Sauer handguns in a parking lot near the nightclub. Both officers had been on detail duty earlier in the evening and admitted drinking while in uniform. Police department rules forbid officers, even those off-duty, from drinking alcohol while wearing any part of their uniform.

Wright received an 85-day suspension; Gambino was suspended for 80 days.

Two other officers on detail duty that night admitted they stayed after the club closed at 1 a.m. and took alcohol from behind the bar.

Officer Daniel Flaherty also admitted he drank while in uniform and then drove a cruiser back to the police station on Sea Street later that morning. He was suspended for 60 days and will have an additional 30-day suspension added on if he violates any departmental rule within the next year.

Officer Karyn L. Barkas also admitted taking alcohol from the club after it had closed and drinking while in uniform. She was suspended for 30 days with an additional 60-day suspension to follow if she violates any rules within the next year.

Officer Sean F. Duggan was suspended for 45 days for covering for Cronin. He admitted seeing an intoxicated police officer and being told by nightclub patrons that a fellow officer was drunk. Duggan is being punished for not reporting Cronin to his superiors.

And Kaes, an officer who was not on duty that night but went to WaterWorks for the Patriots party, received a 15-day suspension for letting his girlfriend drive Burgio's police cruiser.

None of the officers will be paid during the suspensions nor will they receive benefits. They can pay the city to continue their health care coverage during their suspensions.

"We're not crippling these officers," Phelan said. "We're telling them that the culture that existed before is not going to be stood for, that we believe that despite these actions they will become productive public servants and good police officers. Inherent in these disciplines is the fact that they have accepted for their actions.

All of the officers except Duggan have been ordered to undergo evaluations for alcohol abuse and must follow any recommendations made by the evaluator, and all eight have been barred for one year from working paid details in which alcohol is served or sold.

Paid details are a cherished sideline to police work, earning an individual officer a minimum of $112 for four hours of work.

Ed Kane, the owner of WaterWorks, paid more than $750 for six Quincy officers to work detail duty at the club on the night of the party for the Patriots. Five of those officers have been suspended and the sixth, a sergeant, is still under investigation.

In addition, the city license board voted, 4-1, earlier this week that the club violated its liquor license when Officers Barkas and Flaherty took

alcohol from the bar and drank it. Falco, a license board member, launched the complaint against the nightclub. The full board is expected to vote Sept. 24 on how, or if, to punish the nightclub for what police officers did there that night.

Among the eight officers suspended, the most recent newcomer to the Quincy police force is Gambino who transferred to Quincy last fall from Abington where he had been an officer since 1993. Flaherty and Burgio joined the force three years ago; Duggan, Kaes and Barkas joined four years ago; Cronin joined in 1994 and the most veteran officer involved, Wright, became a Quincy police officer in 1985.

Falco acknowledged that discipline has been lacking in the police department for the last "15 or 20 years." He said efforts are being made to reverse that, and that these punishments are proof.

"We hold people more accountable for the functions they're supposed to perform individually," he said. "The key is holding people accountable for their jobs and their performance.

"I think it's important for the people to know these things are not common things that happen weekly," Falco added. "In any organization from time to time things happen that are not proper. It is an exception rather than the norm. We're not perfect. We make mistakes, but we'll fix our mistakes."

## Indexing (document details)

| | |
|---|---|
| People: | Phelan, William J, Largey, Thomas, Cronin, Michael J, Falco, William, Duggan, Sean |
| Author(s): | Elizabeth W. Crowley and Karen Eschbacher, ELIZABETH W. CROWLEY and KAREN ESCHBACHER |
| Section: | NEWS |
| Publication title: | The Patriot Ledger. Quincy, Mass.: Sep 6, 2002. pg. 1 |
| Source type: | Newspaper |
| ProQuest document ID: | 176289841 |
| Text Word Count: | 1300 |
| Document URL: | http://proquest.umi.com/pqdweb?did=176289841&sid=3&Fmt=3&clientId=81178&RQT=309&VName=PQD |

Print | Email | Copy link | Cite this | Mark Document         Publisher Information

^ Back to Top         « Back to Results         < Previous  Document 19 of 29  Next >

Copyright © 2010 ProQuest LLC. All rights reserved.

