UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 08-CV-10744

TIMOTHY KAES, )
    Plaintiff, )
)
v. )
)
CITY OF QUINCY, and )
ROBERT F. CROWLEY, )
individually, and in his capacity )
as the Chief of City of Quincy )
Police Department, )
    Defendants. )

## TIMOTHY KAES ANSWERS TO FIRST SET OF INTERROGATORIES PROPOUNDED BY ROBERT F. CROWLEY

Plaintiff, Timothy Kaes (hereinafter "Plaintiff"), hereby responds to the First Set of Interrogatories propounded upon him by Robert F. Crowley.

Interrogatory No.1:

State the basis for your contention in paragraph 41 of your complaint that "Crowley, with actual malice, intending to cause harm to Kaes, ordered a criminal proceeding to be commenced against Kaes."

Answer No. 1:

Objection. The Plaintiff objects to this interrogatory as it calls for a legal conclusion, which the Plaintiff is not qualified to make. Notwithstanding this objection, but subject to it, the Plaintiff states the following: I believe that Robert Crowley, without probable cause, and without any personal knowledge of the incident, ordered me, from his home, to be charged with operating to endanger and operating under the influence of alcohol. Thereafter, once it was determined that there was no probable cause for the issuance of criminal charges on the alleged crimes of leaving the scene of property damage, operating to endanger and operating under the influence of alcohol, Robert Crowley took the unprecedented step of requesting that the Norfolk County District Attorney's Office to appeal the decision of Dedham District Court, Assistant Clerk-Magistrate, Stephen Poitrast. Additionally, Crowley had no personal knowledge of the circumstances of the accident and chose to ignore the opinion of all the police officers and EMTs that I was not under the influence.

1

Interrogatory No. 10:

Regarding the criminal action which you allege to have been maliciously prosecuted, were you at any time arrested in connection with that action? If the answer is yes, please state:

    (a)    the date and time of such arrest;
    (b)    the place of such arrest;
    (c)    the identity of the arresting officer.

Answer No. 10:

I was not arrested.

Interrogatory No. 11:

Please describe all administrative, civil, or criminal proceedings in which you have been a party, including:

    (a)    the date of each such proceeding;
    (b)    the nature of each such proceeding;
    (c)    the court or agency of each such proceeding;
    (d)    the disposition of each such proceeding.

Answer No. 11:

Objection. The Plaintiff objects to this interrogatory as it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence at the time of trial. Notwithstanding this objection, but subject to it, the Plaintiff states the following:
(a-d). *See*, Answer to Interrogatory No. 7. In addition, in or about 1995, I was charged with operating under the influence of alcohol. To the best of my recollection, the Court was the Onslow County District Court. Additionally, I believe that this case was dismissed.

As to the Answers:

_____          Dated: 1/29/09
Timothy Kaes

As to the Objections:

_____          Dated: 1/30/09
Richard C. Bardi / BBO #542797
Law Office of Richard C. Bardi
6 Beacon Street, Suite 220
Boston, Massachusetts 02108
(617) 227-4040

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX
DATED: 2/2/09    1/30/09

12