1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 08-10744

TIMOTHY KAES,
              Plaintiff,

vs.

CITY OF QUINCY and ROBERT F. CROWLEY,
individually, and in his capacity as
the CHIEF OF CITY of Quincy Police
Department,
              Defendants.


DEPOSITION OF KEVIN G. TOBIN, taken pursuant to Notice under the applicable provisions of the Federal Rules of Civil Procedure on behalf of the Plaintiff, before Simonne J. Elwood, R.P.R. and a Notary Public in and for the Commonwealth of Massachusetts, at the Law Office of Richard C. Bardi, 6 Beacon Street, Suite 220, Boston, Massachusetts, commencing on Thursday, March 12, 2009 at 11:06 a.m.


NEAL A. SALLOWAY - COURT REPORTERS
FIVE CARDIGAN ROAD
WEST PEABODY, MA 01960
781-581-3993 - 978-535-0313 - FAX 978-536-3142

| | | |
|---|---|---|
| 1 | | CROSS EXAMINATION |
| 2 | Q | (By Mr. Hitt) Lieutenant Tobin, the Homer |
| 3 | | Road incident involving Tim Kaes is a matter |
| 4 | | that people know about that incident, |
| 5 | | correct? |
| 6 | A | Yes. |
| 7 | Q | And it's something that, as far as you |
| 8 | | understand, has been talked about many times |
| 9 | | by Quincy Police Department officers, correct? |
| 10 | A | Yes. |
| 11 | Q | And it is something that -- that is -- that |
| 12 | | would be fair to characterize as common |
| 13 | | knowledge around the department, correct? |
| 14 | | MR. BARDI: Objection. |
| 15 | A | A lot of people are aware of it. |
| 16 | Q | And over the course of the years since it |
| 17 | | occurred, you have, I'm sure, at different |
| 18 | | times talked to people in general about that |
| 19 | | incident, correct? |
| 20 | | MR. BARDI: Objection. |
| 21 | A | Yeah. At different -- Yeah. I couldn't tell |
| 22 | | you. It's been a long time. |
| 23 | Q | Right. And it's -- You're aware that that |

Vol. 1 - 89

K. TOBIN

# C E R T I F I C A T E

I, Simonne J. Elwood, R.P.R. and a Notary Public within and for the Commonwealth of Massachusetts, duly commissioned, qualified and authorized to administer oaths and to take and certify depositions, do hereby certify that heretofore, to wit, on the 12th day of March 2009, personally appeared before me Kevin G. Tobin, at the Law Office of Richard C. Bardi, 6 Beacon Street, Suite 220, Boston, Massachusetts, in the aforecaptioned cause pending in the United States District Court, District of Massachusetts; that the witness was by me duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon and while said witness was under oath, the within deposition was taken down by me in shorthand at the time and place herein named and was thereafter reduced to computer transcription under my supervision. I further certify that I am not interested in the event of the action.

IN WITNESS WHEREOF, I have hereunto subscribed my hand and affixed my seal of office this _____ day of March, 2009.

Simonne J. Elwood
REGISTERED PROFESSIONAL REPORTER

My Commission Expires: January 30, 2015