UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 08-CV-10744

TIMOTHY KAES,

    Plaintiff,

v.

CITY OF QUINCY, and ROBERT F. CROWLEY,

    Defendants.

## WITNESS LIST OF DEFENDANT CROWLEY

Pursuant to the Amended Order Setting Civil case for Jury Trial ¶ 2, defendant Crowley submits the following list of prospective witnesses:

Timothy Kaes. Quincy, MA.

Dr. James Clay Crawford. Nashville, TN. (former Emergency Room physician at QMC)

Sgt. Patrick Faherty. Quincy Police Department, Quincy, MA.

Robert F. Crowley. Quincy, MA.

Honorable Marianne C. Hinkle. Dedham, MA. (Trial Judge)

Honorable Lynda M. Connolly. Boston, MA. (Judge at Probable Cause Hearing)

Officer Michael Brandolini. Quincy Police Department, Sea St., Quincy, MA.

Officer Guerante. Quincy Police Department, Sea St., Quincy, MA.

Officer Steve Igo. Quincy Police Department, Sea St., Quincy, MA.

Officer Harry Breen. Quincy Police Department, Sea St., Quincy, MA.

Officer E.J. Hartnett. Quincy Police Department, Sea St., Quincy, MA.

Officer Dennis Keenan. Quincy Police Department, Sea St. Quincy, MA.

Officer John O'Donnell.  Quincy Police Department, Sea St. Quincy, MA.

Officer David Coletti.  Quincy Police Department, Sea St. Quincy, MA.

Lt. Kevin Tobin.  Quincy Police Department, Sea St., Quincy MA.

David DeShiro, Jr.  Dedham MA. (Formerly of Fallon Ambulance)

Gerald Neal.  Fallon Ambulance, Quincy MA.

Mark Fabiano.  Dedham, MA.  (former Norfolk County ADA)

Michael Keating.  Norfolk County District Attorney.  Canton, MA.

ROBERT F. CROWLEY, INDIVIDUALLY

By his attorney,


_____/s/ John Hitt_____
John Hitt (BBO #567235)
Cosgrove, Eisenberg & Kiley, PC
One International Place, Suite 1820
Boston, MA 02110
(617) 439-7775

Dated:  May 24, 2010

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants as of May 24, 2010.

____/s/ John Hitt