UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 08-10744

| | |
|---|---|
| TIMOTHY KAES,<br>    Plaintiff,<br><br>v.<br><br>CITY OF QUINCY, and<br>ROBERT F. CROWLEY,<br>individually, and in his capacity<br>as the Chief of City of Quincy<br>Police Department,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF FACTS**

The parties stipulate to the following facts.

1. On September 27, 2004, the Plaintiff, Timothy Kaes was a City of Quincy Police Patrolman and the Defendant, Robert Crowley, was the City of Quincy Chief of Police.

2. On September 27, 2004, the Plaintiff, Timothy Kaes was involved in an accident on Hancock Street in Quincy, Massachusetts.

3. The accident occurred at approximately 2:54 a.m., on September 27, 2004.

4. At the time of the accident, Timothy Kaes was driving his motor vehicle.

5. On May 10, 2006, a bench trial was conducted before Judge Marianne Hinkle of the Dedham District Court.

Respectfully submitted by:

Timothy Kaes, Plaintiff,
By his Attorney:

/s/ Richard C. Bardi
_____

Richard C. Bardi / BBO #542797
Law Office of Richard C. Bardi
6 Beacon Street, Suite 800
Boston, Massachusetts 02108
(617) 227-4040
bardi@richardbardi.com


Robert Crowley in his capacity as Chief of Police, Defendant
By his Attorney:

/s/ James S. Timmins
_____

James S. Timmins / BBO #547512
City Solicitor's Office
1305 Hancock Street
Quincy, Massachusetts 02169
(617) 376-1511


Robert F. Crowley, Individually, Defendant
By his Attorney,

/s/ John R. Hitt
_____

John R. Hitt / BBO #57235
Cosgrove, Eisenberg & Kiley, PC
One International Place, Ste. 1820
Boston, Massachusetts 02110
(617) 439-7775